IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
DWAYNE & GINA MCCAY ) Case No: 08-22303
) Chapter 7
)

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above-mentioned case.

2. On the 11th day of January, 2010, Trustee issued check number 105 in the amount of $403.38 to Department of Employment.  Said check has not been executed.

3. The last known address of the person/entity entitled to said check is: Department of Employment, Security Benefit Payment Control, P.O. Box 4385, Chicago, IL 60680.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

Dated: April 26, 2010

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376